1  Tammy Hussin, Esq. (Bar No. 155290)
2  Lemberg & Associates, LLC
3  6404 Merlin Drive
   Carlsbad, CA 92011
4  Telephone (855) 301-2100 ext. 5514
   thussin@lemberglaw.com
5
6  Lemberg & Associates, LLC
   A Connecticut Law Firm
7  1100 Summer Street
8  Stamford, CT  06905
   Telephone:  (203) 653-2250
9  Facsimile:  (203) 653-3424
10
11 Attorneys for Plaintiff,
   Toby Newhouse
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| Toby Newhouse, | Case No.: 8:13-cv-00502-AG-RNB |
|---|---|
| Plaintiff, | **VOLUNTARY WITHDRAWAL** |
| vs. | |
| Coast Mitigation & Associates, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Toby Newhouse ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: <u>  /s/   *Tammy Hussin*          </u>
Tammy Hussin, Esq.
Lemberg & Associates, LLC
Attorney for Plaintiff, Toby Newhouse

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 14, 2013, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on June 14, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants Coast Mitigation & Associates, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 14, 2013.

|     |     |
| --- | --- |
| 1   |     |
| 2   | By: __/s/   Tammy Hussin_____ |
| 3   | Tammy Hussin, Esq.<br>Lemberg & Associates, LLC |
| 4   | Attorney for Plaintiff, Toby Newhouse |